

# NUMBER 13-19-00012-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN ESTATE OF DAVID ARNOLD MURRAY, DECEASED

**On appeal from the County Court at Law
of Aransas County, Texas.**

## MEMORANDUM OPINION
**Before Justices Benavides, Longoria, and Hinojosa
Memorandum Opinion by Justice Benavides**

Appellant filed an appeal from a judgment entered by the County Court at Law of Aransas County, Texas, in cause number 6021. Appellant has filed an unopposed amended motion for voluntary dismissal of the appeal. Appellant requests that this Court dismiss the appeal without prejudice.

The Court, having considered the documents on file and appellant's unopposed amended motion for voluntary dismissal of the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED WITHOUT PREJUDICE. The motion

does not specify that the parties have reached an agreement regarding costs. Therefore, appellant shall pay all costs incurred by reason of this appeal. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

GINA M. BENAVIDES,
Justice

Delivered and filed the
7th day of March, 2019.

2